IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA FOUST                                                        PLAINTIFF
ADC #714850

v.                           No. 4:25-cv-354-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase;  ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                   DEFENDANTS

ORDER

1. The Court takes judicial notice of Foust's current address: Howard County Detention Facility, 101 Isaac Perkins Bypass, Nashville, Arkansas 71852. *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005). The Court directs the Clerk to update Foust's mailing address.

2. Foust hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. She must do one or the other by 19 May 2025. If she doesn't, her case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). It isn't clear that Foust knew she was listed as a plaintiff on this complaint. If she doesn't respond, the Court will assume she didn't know. The Court will

further recommend that the dismissal not be counted as a strike. 28 USC § 1915(g).

3.  The Court directs the Clerk to mail Foust an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants her permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Foust will have to pay the $350 filing fee in monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2025