IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA FOUST                                                                               PLAINTIFF
ADC #714850

v.                                    No. 4:25-cv-354-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase; ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                                          DEFENDANTS

ORDER

Foust hasn't paid the filing fee or moved to proceed *in forma pauperis*; and the time to do so has passed. Doc. 2. Her mail has also been returned marked as undeliverable. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

27 May 2025