IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA FOUST                                                                      PLAINTIFF
ADC #714850

v.                              No. 4:25-cv-354-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase; ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                                 DEFENDANTS

JUDGMENT

Foust's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025